UNITED STATES of America,
Plaintiff–Appellee,

v.

Alberto GOMEZ–MARTINEZ, a.k.a.
Delfino, Defendant–Appellant.

No. 13–14672
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 10, 2014.

Sandra E. Strippoli, Dahil Dueno Goss, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Esther Panitch, The Panitch Law Group, PC, Atlanta, GA, Alberto Gomez–Martinez, Robert A. Deyton DF–Inmate Mail, Lovejoy, GA, for Defendant–Appellant.

Before ED CARNES, Chief Judge, TJOFLAT and WILSON, Circuit Judges.

PER CURIAM:

Esther Panitch, appointed counsel for Alberto Gomez–Martinez, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gomez–Martinez's conviction and sentence are **AFFIRMED.**